Rodney J. Key, SBN 125308
LAW OFFICES OF RODNEY J. KEY
1428 West Street
Redding, CA 96001
Telephone: (530) 242-2133
FAX: (530) 242-2135
E-Mail: rjkeylaw@yahoo.com

Attorney for Plaintiff
TYLER HALVERSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| TYLER HALVERSON,<br><br>Plaintiff,<br><br>vs.<br><br>PERMANENT GENERAL ASSURANCE CORPORATION also known as THE GENERAL INSURANCE, and DOES 1 through 50, inclusive,<br><br>Defendants.<br>_____/ | NO. 2:19-cv-01272-TLN-DMC<br>*(Shasta County Superior Court Case No. 192556)*<br><br>[Assigned to Hon. Troy L. Nunley]<br><br>ORDER GRANTING REQUEST FOR TELEPHONIC APPEARANCE AT MOTION HEARING<br><br><br>Date: September 19, 2019<br>Time: 2:00 p.m.<br>Ctrm: 2<br>    U.S. District Court<br>    501 I Street, 15th Floor<br>    Sacramento, CA 95814<br><br>Trial Date: None Set |

1

**RODNEY J. KEY**
Attorney at Law
1428 West Street
Redding, CA 96001
FAX: 530.242.2135
TEL: 530.242.2133

[PROPOSED] ORDER GRANTING REQUEST FOR TELEPHONIC APPEARNACE AT MOTION HEARING
HALVERSON v. PERMANENT GENERAL
Case No.: 2:19-cv-01272-TLN-DMC

IT IS HEREBY BY ORDERED that counsel for Plaintiff TYLER HALVERSON, Rodney J. Key, is granted authorization to appear telephonically at the motion hearing currently scheduled for Thursday, September 19, 2019, at 2:00 p.m. in Courtroom 2.

Dated: September 9, 2019

_____
HON. TROY L. NUNLEY

**RODNEY J. KEY**
Attorney at Law
1428 West Street
Redding, CA 96001
FAX: 530.242.2135
TEL: 530.242.2133

**RODNEY J. KEY**
Attorney at Law
1428 West Street
Redding, CA 96001
FAX: 530.242.2135
TEL: 530.242.2133

[PROPOSED] ORDER GRANTING REQUEST FOR TELEPHONIC APPEARNANCE AT MOTION HEARING
HALVERSON v. PERMANENT GENERAL
Case No.: 2:19-cv-01272-TLN-DMC